IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02273-BNB

DEANDRE THIRKIELD,

    Plaintiff,

v.

OFFICER MANSPEAKER,
OFFICER FOYSTER, and
OFFICER KEEHAN,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 10 2008

GREGORY C. LANGHAM
                 CLERK

## ORDER OF DISMISSAL

Plaintiff, DeAndre Thirkield, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. He submitted to the Court *pro se* a civil rights complaint pursuant ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (1993), and pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 2671-80 (2006 & Supp. 2007). He asks for money damages. He has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (2006).

On November 27, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Thirkield to file within thirty days an amended complaint that alleges the personal participation of each named Defendant, that provides the address of each named Defendant for purposes of service, and that complies with the pleading requirements of Rule 8 of the

Federal Rules of Civil Procedure. On December 6, 2007, Mr. Thirkield submitted an amended complaint. On December 10, 2007, Mr. Thirkield submitted another amended complaint. On December 11, 2007, he submitted yet another amended complaint. He also submitted a letter in which he attempts to supplement the December 11 amended complaint with vague descriptions of Defendants' height and weight because he alleges that he is unable to comply with the Court's directive that he supply addresses for each Defendant. The Court will only address the December 11 amended complaint, the most recent of the amended complaints that Plaintiff submitted.

The Court is unable to serve the December 11 amended complaint without addresses for each Defendant. *See* Fed. R. Civ. P. 4. Mr. Thirkield has failed to provide addresses for Defendants in any of the amended complaints he has filed. He fails even to inform the Court as to the prison or prisons at which each Defendant is employed, making it impossible for the Court to serve Defendants. A description of Defendants' height and weight is not a substitute for their addresses. Therefore, the December 11 amended complaint and the action will be dismissed without prejudice for failure to supply the Court with addresses to serve each Defendant.

In addition, Mr. Thirkield fails to distinguish the claims asserted pursuant to *Bivens* from the claims asserted pursuant to the FTCA. Therefore, the complaint does not include a short and plain statement of Mr. Thirkield's claims showing that he is entitled to relief in this action. *See* Fed. R. Civ. P. 8(a)(2). In the November 27, 2007, order for an amended complaint, Magistrate Judge Boland warned Mr. Thirkield that the amended complaint he would be directed to file must comply with the pleading requirements of Fed. R. Civ. P. 8, and noted that the twin purposes of a complaint are

Federal Rules of Civil Procedure. On December 6, 2007, Mr. Thirkield submitted an amended complaint. On December 10, 2007, Mr. Thirkield submitted another amended complaint. On December 11, 2007, he submitted yet another amended complaint. He also submitted a letter in which he attempts to supplement the December 11 amended complaint with vague descriptions of Defendants' height and weight because he alleges that he is unable to comply with the Court's directive that he supply addresses for each Defendant. The Court will only address the December 11 amended complaint, the most recent of the amended complaints that Plaintiff submitted.

The Court is unable to serve the December 11 amended complaint without addresses for each Defendant. *See* Fed. R. Civ. P. 4. Mr. Thirkield has failed to provide addresses for Defendants in any of the amended complaints he has filed. He fails even to inform the Court as to the prison or prisons at which each Defendant is employed, making it impossible for the Court to serve Defendants. A description of Defendants' height and weight is not a substitute for their addresses. Therefore, the December 11 amended complaint and the action will be dismissed without prejudice for failure to supply the Court with addresses to serve each Defendant.

In addition, Mr. Thirkield fails to distinguish the claims asserted pursuant to *Bivens* from the claims asserted pursuant to the FTCA. Therefore, the complaint does not include a short and plain statement of Mr. Thirkield's claims showing that he is entitled to relief in this action. *See* Fed. R. Civ. P. 8(a)(2). In the November 27, 2007, order for an amended complaint, Magistrate Judge Boland warned Mr. Thirkield that the amended complaint he would be directed to file must comply with the pleading requirements of Fed. R. Civ. P. 8, and noted that the twin purposes of a complaint are

to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the Court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief. ***See Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas***, 891 F.2d 1473, 1480 (10th Cir. 1989).

Mr. Thirkield appears to assert his claims both as ***Bivens*** and as FTCA claims. To the extent Mr. Thirkield is attempting to assert FTCA claims, he should take note that in a FTCA action, the United States is the only proper Defendant. ***See*** 28 U.S.C. § 2679(d)(1). To the extent he is attempting to assert ***Bivens*** claims, Mr. Thirkield must sue the proper Defendants, allege the personal participation of each named Defendant, and provide Defendants' addresses so that each Defendant can be served. Accordingly, it is

ORDERED that the amended complaint submitted to and filed with the Court on December 11, 2007, and the action are dismissed without prejudice for the failure of Plaintiff, DeAndre Thirkield, to comply with the directives of the November 27, 2007, order for an amended complaint that complies with Fed. R. Civ. P. 4 and provides the Court with Defendants' addresses for service.

DATED at Denver, Colorado, this 9 day of January, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02273-BNB

DeAndre Thirkield
Reg. No. 50204-019
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/10/08

                                        GREGORY C. LANGHAM, CLERK

                              By: _____
                                              Deputy Clerk